# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | 2:25-mj-07790-DUTY |
| Adrian Lopez | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>December 23</u>, <u>2025</u>, at <u>4:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Maria A. Audero</u>, in Courtroom <u>880</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 12/17/2025

*(signature)*

Honorable Maria A. Audero, U.S. Magistrate Judge